# United States District Court
## For The Western District of North Carolina
## Bryson City Division

TERRENCE LEROY WRIGHT,

        Petitioner,

vs.

WANDA BROOMS,

        Respondent.

JUDGMENT IN A MISCELLANEOUS CASE

2:11-mc-03

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 05/30/2012 Order.

Signed: May 30, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court